UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INDIA KHAN )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ARMY and )<br>BLAINE AUGUST CHAPPEL, )<br>)<br>    Defendant. ) | Case No. |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, INDIA KHAN, through her attorneys, ROBERT A. LANGENDORF, P.C., and complains of the Defendants, UNITED STATES ARMY and BLAINE AUGUST CHAPPEL, as follows:

**GENERAL ALLEGATIONS**

1. On or about May 31, 2014, Plaintiff, INDIA KHAN, was the driver of a motor vehicle traveling Northbound on Interstate 94 at or near 67th Street, in the City of Chicago, County of Cook, State of Illinois.

2. On or about May 31, 2014, Blaine August Chappel, was a member or agent or employee of the United States Army and was operating a vehicle owned by the United States Army, within the scope of his duties.

3. At the aforementioned time and place, Blaine August Chappel was operating his vehicle northbound on Interstate 94 at or near 67th Street, in the City of Chicago, County of Cook, State of Illinois.

4. At the aforesaid time and place, the vehicle being operated by Blaine August Chappel, struck the vehicle the Plaintiff, INDIA KHAN, was driving.

5. At all times relevant to this matter Blaine August Chappel, was an member of, an agent and/or employee of THE UNITED STATES ARMY, working and/or serving within the scope of his duties.

6. At all times relevant Defendant, BLAINE AUGUST CHAPPEL was under a duty to operate his vehicle in a safe and reasonable manner in the exercise of ordinary care.

7. At all times relevant Defendant, UNITED STATES ARMY, by and through its member, agent and/or employee was under a duty to operate its vehicle in a safe and reasonable manner in the exercise of ordinary care.

8. At all times material to this matter, Plaintiff INDIA KHAN, was exercising due care and caution and was free from contributory fault.

**COUNT I- UNITED STATES ARMY**

9. Plaintiff restates and re-alleges paragraphs 1-8 as though fully set forth herein.

10. At the time and place aforesaid, Defendant, UNITED STATES ARMY by and through its member, agent or employee, Blaine August Chappel, breached its duty in one or more of the following ways:

    a. Carelessly and negligently operated, managed, maintained, and controlled said motor vehicle;

    b. Carelessly and negligently operated the motor vehicle at a rate of speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which was greater than the applicable speed limit established in violation of the revised Statutes of the State of Illinois;

    c. Carelessly and negligently failed to equip the motor vehicle with proper brakes although such a device was necessary to insure the safe operation of the vehicle;

    d.    Carelessly and negligently failed to give proper warning of the approach of said vehicle although such warnings was necessary to ensure the safe operation of the vehicle;

    e.    Carelessly and negligently failed to keep a proper lookout and to stop or alter the course of the motor vehicle to avoid striking the plaintiff;

    f.    Carelessly and negligently failed to maintain proper and safe distance;

    g.    Carelessly and negligently failed to avoid an accident;

    h.    Carelessly and negligently failed to reduce speed.

    i.    Carelessly and negligently struck Plaintiff

    j.    Was otherwise careless and negligent.

11. That as a direct and proximate result of one or more of the aforesaid careless and negligent act and/or omissions of the Defendant, UNITED STATES ARMY, the Plaintiff, INDIA KHAN, then and there was injured and suffered severe and permanent injuries and was, and will be hindered and prevented from attending to her usual duties and affairs of life, and has lost and will lose, the value of that time as aforementioned. Further, Plaintiff INDIA KHAN, suffered great pain and anguish, both in mind and body, and will in the future, continue to suffer. Plaintiff further expended and became liable for large sums of money for medical care and services while endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, INDIA KHAN, demands judgment against the Defendant, BLAINE AUGUST CHAPPEL, individually in the amount of $76,392.00 plus costs of this suit and any other relief this court deems fair and just.

**COUNT II- BLAINE AUGUST CHAPPEL**

12. Plaintiff restates and re-alleges paragraphs 1-11 as though fully set forth herein.

13. At the time and place aforesaid, Defendant, BLAINE AUGUST CHAPPEL, breached its duty in one or more of the following ways:

    a. Carelessly and negligently operated, managed, maintained, and controlled said motor vehicle;

    b. Carelessly and negligently operated the motor vehicle at a rate of speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which was greater than the applicable speed limit established in violation of the revised Statutes of the State of Illinois;

    c. Carelessly and negligently failed to equip the motor vehicle with proper brakes although such a device was necessary to insure the safe operation of the vehicle;

    d. Carelessly and negligently failed to give proper warning of the approach of said vehicle although such warning was necessary to ensure the safe operation of the vehicle;

    e. Carelessly and negligently failed to keep a proper lookout and to stop or alter the course of the motor vehicle to avoid striking the plaintiff;

    f. Carelessly and negligently failed to maintain proper and safe distance;

    g. Carelessly and negligently failed to avoid an accident;

    h. Carelessly and negligently failed to reduce speed.

    i. Carelessly and negligently struck Plaintiff

    j. Was otherwise careless and negligent.

14. That as a direct and proximate result of one or more of the aforesaid careless and negligent act and/or omissions of the Defendant, BLAINE AUGUST CHAPPEL, the Plaintiff, INDIA KHAN, then and there was injured and suffered severe and permanent injuries and was, and will be hindered and prevented from attending to her usual duties and affairs of life, and has lost and will lose, the value of that time as aforementioned. Further, Plaintiff INDIA KHAN, suffered great pain and anguish, both in mind and body, and will in the future, continue to suffer.

Plaintiff further expended and became liable for large sums of money for medical care and services while endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, INDIA KHAN, demands judgment against the Defendant, BLAINE AUGUST CHAPPEL, individually in the amount of $76,392.00 plus costs of this suit and any other relief this court deems fair and just.

Respectfully Submitted:

By:   s/Robert A. Langendorf
Plaintiff's Attorney

Attorney Name    Robert A. Langendorf
Firm Name    Robert A. Langendorf, P.C.
Attorney for    India Khan
Firm Address    134 N. LaSalle Street, Suite 1515, Chicago, IL 60602
Firm Phone    (312) 782-5933
Attorney No.    3127238